**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 23-6897**

―――――――――

RONDALL CLYDE MIXSON,

Petitioner - Appellant,

v.

WARDEN JANSON,

Respondent - Appellee.

―――――――――

Appeal from the United States District Court for the District of South Carolina, at Charleston.  David C. Norton, District Judge.  (2:23-cv-01618-DCN)

―――――――――

Submitted:  October 31, 2023                    Decided:  November 3, 2023

―――――――――

Before HARRIS and QUATTLEBAUM, Circuit Judges, and KEENAN, Senior Circuit Judge.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Rondall Clyde Mixson, Appellant Pro Se.

―――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rondall Clyde Mixson, a federal prisoner, appeals the district court's order adopting the recommendation of the magistrate judge and denying relief on Mixson's 28 U.S.C. § 2241 petition in which he challenged the execution of his sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Mixson v. Janson*, No. 2:23-cv-01618-DCN (D.S.C. Aug. 28, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*